435 A.2d 255

Commonwealth v. Pauze, Appellant.

Submitted March 21, 1980. Robert F. Pappano, Assistant Public Defender, for appellant; Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and VAN der VOORT, JJ.

Judgment of sentence affirmed.

435 A.2d 255

Commonwealth v. Pitzer, Jr., Appellant.

Submitted March 6, 1980. Bruce D. Foreman, for appellant; Marion E. MacIntyre, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and MONTGOMERY, JJ.

Order affirmed on the opinion of the court below.